AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED
AUG - 7 2013
David J. Bradley, Clerk

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Rafael Velasquez
A098 236 659
AKA:

IAE YOB: 1970
**Dominican Republic**
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-13-1415-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 5, 2013** in **Hidalgo** County, in the **Southern** District of **Texas**
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to the Dominican Republic in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Rafael Velasquez was encountered by Border Patrol Agents near Mission, Texas on August 5, 2013. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on August 5, 2013, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States, for the second (2nd) time, on December 27, 2012, through Lake Charles, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On January 12, 2012, the defendant was convicted of 8 USC 1326, Illegal Re-Entry of a Deported Alien, and was sentenced to twenty-one (21) months confinement and three (3) years supervised release.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

_Approved to File_
_Terry J. Howard_
_Asst US Attorney_

Sworn to before me and subscribed in my presence,

**August 7, 2013**

Signature of Complainant
Jerry Ramirez    Senior Patrol Agent

Peter E. Ormsby , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer